IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Richmond Division

REBECCA W. MURPHY
          Plaintiff,

v.                                               Civil Action No. 3:11-cv-702-JAG

MICHAEL J. ASTRUE,
          *Commissioner of Social Security*,

          Defendant.

## **FINAL ORDER**

THIS MATTER is before the Court on the plaintiff Rebecca W. Murphy's Objections (Dk. No. 14) to the Magistrate Judge's Report and Recommendations. (Dk. No. 13). Having reviewed the Magistrate Judge's Report and Recommendations, the defendant's response to the plaintiff's objections (Dk. No. 15), and the record, and finding no error therein, it is hereby ordered that:

(1) The plaintiff's Objections to the Report and Recommendation of the Magistrate Judge are OVERRULED;

(2) The Report and Recommendation of the Magistrate Judge (Dk. No. 13) is ADOPTED on the basis of the reasoning of the Report and Recommendation;

(3) The plaintiff's Motion for Summary Judgment, or in the Alternative, Motion for Remand (Dk. Nos. 8 and 9) is DENIED;

(4) The Commissioner's Motion for Summary Judgment (Dk. No. 11) is GRANTED; and

(5) The Commissioner's decision denying benefits to Murphy is AFFIRMED.

It is further ORDERED that the issues are adequately addressed by the briefs and oral argument would not materially aid the decisional process.

It is so ORDERED.

Let the Clerk send a copy of this Order to all counsel of record.

/s/
John A. Gibney, Jr.
United States District Judge

Date: August 20, 2013
Richmond, VA